NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SK HYNIX INC., SK HYNIX AMERICA INC., SK HYNIX MEMORY SOLUTIONS INC.,**
*Appellants*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-2340

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00362, IPR2018-00363.

---

**JUDGMENT**

---

JOSEPH A. MICALLEF, Sidley Austin LLP, Washington, DC, argued for appellants. Also represented by RYAN C. MORRIS, BRIAN R. NESTER, WONJOO SUH.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor.   Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, MEREDITH HOPE SCHOENFELD.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, WALLACH and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 7, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court